Leland A. Phillips and Josephus Albee, Doing Business under the Firm Name and Style of Phillips Ribbon and Carbon Company, Respondents, v. Roy E. Mestler, Doing Business under the Firm Name and Style of The Monarch Supply Company, Appellant.— Judgment modified by deducting therefrom the amount of damages established by defendant for plaintiffs' failure to deliver goods as ordered before the expiration of the contract March 1, 1918,

to wit, $262.64 with interest from March 1, 1919, and as thus modified affirmed, with costs to appellant. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

